*Criminal No.*

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

MARK HOUCK

INDICTMENT

Counts
18 US.C. § 248(a)(1)(Freedom of Access to Clinic Entrances Act – Attack of Patient Escort - 2 counts)

_____
Foreman

Filed in open court this 20th day,
of September A.D. 20 22

_____
Clerk

Bail, $ _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: |
| MARK HOUCK | : | VIOLATIONS:<br>18 U.S.C. § 248(a)(1) (Freedom of Access to Clinic Entrances Act – Attack of Patient Escort – 2 counts) ` |
| | : | |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. The Planned Parenthood – Elizabeth Blackwell Health Center ("the PPC" or "PPC") was a provider of women's reproductive health services located on Locust Street in Philadelphia, Pennsylvania. The PPC offered medical services that included birth control, annual gynecological examinations, cervical cancer screenings, sexually transmitted disease testing, termination of pregnancies, and other reproductive health services.

2. PPC staff included volunteer patient escorts, who assisted PPC patients with, among other things, safely entering and exiting the PPC facility.

3. On October 13, 2021, 72-year-old B.L. was a volunteer patient escort at PPC and had served in that capacity for approximately 30 years. B.L. routinely wore a bright colored vest that clearly identified him as a PPC volunteer patient escort.

4. On October 13, 2021, 47-year-old defendant MARK HOUCK was a protestor at PPC and familiar with the PPC volunteer patient escorts, including B.L.

5. On October 13, 2021, defendant MARK HOUCK shoved B.L. to the

ground as B.L. attempted to escort two PPC patients.

      6.    On or about October 13, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

MARK HOUCK,

by force, intentionally injured, intimidated and interfered with B.L., and attempted to injure, intimidate, and interfere with, B.L., because B.L. was and had been providing reproductive health services, and in order to injure, intimidate, and interfere with B.L. from providing reproductive health services.

In violation of Title 18, United States Code, Section 248(a)(1) and (b)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. The allegations contained in Paragraphs 1 through 4 of Count One of this Indictment are realleged and incorporated herein by reference.

2. On October 13, 2021, defendant MARK HOUCK verbally confronted B.L. and forcefully shoved B.L. to the ground in front of the PPC, causing injuries to B.L. that required medical attention.

3. On or about October 13, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

MARK HOUCK,

by force, intentionally injured, intimidated and interfered with B.L., and attempted to injure, intimidate, and interfere with, B.L., because B.L. was and had been providing reproductive health services, and in order to injure, intimidate, and interfere with B.L. from providing reproductive health services. This offense resulted in bodily injury to B.L.

In violation of Title 18, United States Code, Section 248(a)(1) and (b)(1).



_____
JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

3