IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CRIMINAL NO. 22 - |
| MARK HOUCK | : |

ORDER FOR BENCH WARRANT

AND NOW, this _____ day of September, 2022, on motion of Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

*/s/ Richard A. Lloret, USMJ*
HONORABLE RICHARD A. LLORET
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  22 - |
| MARK HOUCK | : | |

MOTION FOR BENCH WARRANT

   AND NOW, this            day of  September, 2022, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Anita Eve, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

             Respectfully submitted,

             JACQUELINE C. ROMERO
             United States Attorney


             *s/ Anita Eve*
             Anita Eve
             Assistant United States Attorney