

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Anita Eve*
*Direct Dial: (215) 764-2177*
*Facsimile: (215) 861- 8618*
*E-mail Address:  anita.eve@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 23, 2022

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *United States v. Mark Houck*
              *Cr. No. 22-323*

Dear Clerk of the Court:

      Please unimpound the Indictment with regard to the above-captioned case. The Indictment was filed on September 20, 2022.

                          Very truly yours,

                          JACQUELINE C. ROMERO
                          United States Attorney

                          <u>s/ Anita Eve</u>
                          Anita Eve
                          Assistant United States Attorney