AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-cr-323 |
| | ) |
| | ) |
| Mark Houck | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mark Houck,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:248(a)(1) AND (b)(2) - FREEDOM OF ACCESS TO CLINIC ENTRANCES ACT - ATTACK OF PATIENT ESCORT

18:248(a)(1) AND (b)(1) - FREEDOM OF ACCESS TO CLINIC ENTRANCES ACT - ATTACK OF PATIENT ESCORT

Date: 09/20/2022

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

George Wylesol, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/21/22, and the person was arrested on *(date)* 9/23/22
at *(city and state)* Kintnersville, PA.

Date: 9/23/22

*Arresting officer's signature*

Christopher Jackson / Special Agent
*Printed name and title*