IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **vs.** | : | |
| **MARK HOUCK** | : | **NO. 2:22-CR-00323** |

_____

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE DISTRICT COURT:**

KINDLY enter my appearance on behalf of the Defendant, MARK HOUCK, in the above-captioned matter.

*/s/ Brian J. McMonagle*
**BRIAN J. MCMONAGLE ESQUIRE**
**Attorney for Defendant**

**DATE: September 27, 2022**

## CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire, hereby certifies that a true and correct copy of the within Entry of Appearance has been served by electronic filing upon:

**THE HONORABLE GERALD J. PAPPERT**
**UNITED STATES COURTHOUSE**
**601 Market Street**
**Philadelphia, PA 19106**

**ANITA D EVE**
**U.S ATTORNEY'S OFFICE**
**615 CHESTNUT STREET**
**SUITE 1250**
**PHILADELPHIA, PA 19106**

                                              **/s/ Brian J. McMonagle**
                                              **BRIAN J. MCMONAGLE, ESQUIRE**
                                              **Attorney for Defendant**
                                              **Mark Houck**
                                              **McMonagle, Perri, McHugh & Mischak, PC.**
                                              **1845 Walnut Street, STE 1900**
                                              **Philadelphia, PA 19103**
                                              **(215) 981-0999**

**DATED: September 27, 2022**