# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | |
| **MARK HOUCK** | : | **NO. 2:22-cr-00323-GJP** |
| | : | |
| | : | |

## O R D E R

AND NOW, TO WIT, this          day of          2022, it is hereby ORDERED and DECREED that the Defendant's Motion to Continue the Trial beyond the speedy trial deadline is granted.

**BY THE COURT:**

_____
                                                                J.

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

|                          |   |                        |
|--------------------------|---|------------------------|
| UNITED STATES OF AMERICA | : |                        |
|                          | : | CRIMINAL ACTION        |
| v.                       | : |                        |
|                          | : |                        |
| MARK HOUCK               | : | NO. 2:22-cr-00323-GJP  |

## **DEFENDANT MARK HOUCK'S MOTION TO CONTINUE TRIAL**

Defendant, by his attorney, BRIAN J. MCMONAGLE, Esquire, petitions this Honorable Court to continue his trial beyond the speedy trial date and states in support thereof the following:

1. On September 27, 2022, the defendant Mark Houck was arraigned before the Honorable Elizabeth T. Hey, at which time he entered pleas of not guilty to all counts of the indictment.

2. The defendant has been advised of his right to a speedy trial which we calculate to be in the first week of December 2022.

3. Trial Counsel will be on trial in consecutive jury trials and will be unavailable to prepare and try the case within the speedy trial date.

4. Trial counsel has discussed this matter with defendant and he respectfully requests a continuance in order to also review this evidence and prepare for trial.

5. For all of these reasons, the interests of justice served by granting the continuance outweigh the best interests of the defendant, in a speedy trial.

WHEREFORE, for the reasons stated above, the defendant requests that the motion for continuance be granted.

**Respectfully submitted,**

**s/BRIAN J. MCMONAGLE**
**BRIAN J. MCMONAGLE, ESQUIRE**

# CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the within Motion to Continue Trial has been electronically filed.

                                          **s/ BRIAN J. MCMONAGLE**
                                          **BRIAN J. MCMONAGLE, Esquire**

**DATED: 10-1-22**