IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| V. | : | NO. 22-323 |
| **MARK HOUCK** | : | |

## ORDER

**AND NOW,** this 7th day of November, 2022, upon consideration of the Joint Motion for an Extension of Time to file pretrial motions and motions in limine (ECF No. 18), it is hereby **ORDERED** that the Motion is **GRANTED**. The parties shall file any pretrial motions, including motions in limine, by December 5, 2022, and responses shall be filed by December 16, 2022.

All other dates and deadlines in the Court's scheduling order (ECF No. 15) shall remain in place.

BY THE COURT:

/s/ Gerald J. Pappert
HONORABLE GERALD J. PAPPERT
*United States District Judge*