```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 22-323 |
| MARK HOUCK | : | |

## NOTICE

**AND NOW,** this **27th** day of **December, 2022,** you are hereby notified that a telephone conference is scheduled for **January 4, 2023, at 2:00 pm.,** before the Honorable Gerald J. Pappert.

Conference number to dial-in will be e-mailed to counsel.

ATTEST:

BY: /s/ Jeffrey Lucini
Deputy Clerk