### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK HOUCK | CRIMINAL ACTION<br>NO. 22-323 |

### ORDER

**AND NOW**, this 9th day of January, 2023, it is hereby **ORDERED** that the Motion for Discovery (ECF No. 16) is **DENIED without prejudice** and the Motion to Permit Jury Questionnaire (ECF No. 33) is **DENIED**, both for the reasons discussed on the January 4, 2023 telephone conference (ECF No. 39) with all counsel.

It is further **ORDERED** that the Motion to Amend/Correct Indictment (ECF No. 32) is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.