# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| MARK HOUCK, | CIVIL ACTION |
| *Defendant.* | NO. 22-cr-323 |

# ORDER

**AND NOW**, this 10th day of January 2023, upon consideration of the Defendant's Motion to Dismiss (ECF 24), the Government's Response (ECF 27), and Defendant's Reply (ECF 37), it is hereby **ORDERED** that Defendant's Motion (ECF 24) is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.