# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| MARK HOUCK | NO. 22-323 |

## ORDER

**AND NOW**, this 11th day of January 2023, upon consideration of the Government's Motion to Admit Evidence Under Fed. R. Evid. 404(b) (ECF 20) and Houck's Response (ECF 28), it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.