# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| MARK HOUCK | NO. 22-323 |

## ORDER

**AND NOW**, this 24th day of January 2023, upon consideration of the Government's Objection to Defendant's Self Defense Jury Instruction and Motion *in Limine* for Pretrial Hearing (ECF 61), the Motion is **DENIED without prejudice** for the reasons discussed on the record.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.