IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 22-323 |
| | : | |
| MARK HOUCK | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, the 30th day of January, 2023, came the attorney for the government and the defendant being present with counsel, and

☐      The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐      A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒      The jury has returned its verdict, finding the defendant not guilty as to: <u>Counts 1 and 2</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Gerald J. Pappert
Gerald J. Pappert, J.

<u>  1/30/23  </u>
Date
By Whom <u>  JL  </u>

Cr 1 (8/80)